DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WILLIAMS v. WILLIAMS

No. 115 PC.

Case below: 35 N.C. App. 774.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 June 1978.

WOOD v. CITY OF FAYETTEVILLE

No. 110 PC.

Case below: 35 N.C. App. 738.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 June 1978.